```
                                                    FILED
       IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

                              CENTRAL DIVISION    20 APR 99 PM 3:56

                                                  DISTRICT OF UTAH
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                              )                   BY:_____
                                                     DEPUTY CLERK
MYRIAD GENETICS, INC.,        )
                              )      Case No. 2:98-CV-0829-S
          Plaintiff,          )
                              )
     v.                       )      ORDER OF DISMISSAL
                              )
UNIVERSITY OF PENNSYL-        )
VANIA,                        )
                              )
          Defendant.          )

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

The instant action was commenced by the filing of a complaint on November 19, 1998. On March 10, 1999, this court issued an Order allowing plaintiff ten days in which to appear and show cause why its complaint should not be dismissed for failure to serve process on defendant within 120 days from the commencement of the action. To date, plaintiff has not complied with that Order.

Accordingly, plaintiff's Complaint is hereby dismissed without prejudice pursuant to Rule 4(m), Federal Rules of Civil Procedure.

DATED this _20th_ day of _April_, 19_99_.

BY THE COURT:

_[signature]_
DAVID SAM
CHIEF JUDGE

3

```
                                                              jag
                    United States District Court
                             for the
                         District of Utah
                         April 21, 1999


              * * MAILING CERTIFICATE OF CLERK * *


Re:   2:98-cv-00829



True and correct copies of the attached were mailed by the clerk to the
following:


      Mr. William S. Britt, Esq.
      TRASK BRITT & ROSSA
      230 S 500 E #300
      SALT LAKE CITY, UT  84102

      Vicki E Farrar, Esq.
      TECHNOLOGY COUNSEL
      2863 AMERICAN SADDLER DR
      PARK CITY, UT  84060
```